UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

FREEMAN JONES,

        Petitioner,

Case No. 10-14191

v.

HONORABLE AVERN COHN

JEFFREY WOODS,

        Respondent.

_____/

## JUDGMENT

For the reasons stated in the Memorandum and Order entered and filed on October 03, 2012, denying petitioner's Petition for Writ of Habeas Corpus and declining to issue a certificate of appealability, judgment is entered in favor of the respondent.

DAVID WEAVER

Dated: October 3, 2012          By:   S/Julie Owens
                                                       Deputy Clerk

I hereby certify that a copy of the foregoing document was mailed to the attorneys of record on this date, October 3, 2012, by electronic and/or ordinary mail.

S/Julie Owens
Case Manager, (313) 234-5160